**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Kelly Bauman          Casey Michael Hatch
LA Appellate Project          Louisiana State Penitentiary DOC No. 740278
P. O. Box 1641               Camp - D, Eagle - 2
Lake Charles LA 70602-1641   Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 29, 2025

**REHEARING ACTION: January 29, 2025**

**Docket Number: 24   00160-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CASEY MICHAEL HATCH**

**Appealed from Calcasieu Parish Case No. 7456-20**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Sharon Darville Wilson**
    **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Casey Michael Hatch** has this day been

    **DENIED.**

cc: Hon. Stephen C. Dwight, Counsel for the Appellee
    Karen C. McLellan, Counsel for the Appellee